
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 NOV -1  AM 11: 32

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
FELDMAN, J.
October 28, 2004

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 00-133 |
| RUSSELL KLEGSETH | * | SECTION "F" |

Before the Court is the defendant's Motion to Reconsider Motion to Clarify Sentence. The Court has discretion to review its own rulings. A motion to reconsider will be granted if (1) there has been a "manifest error of fact or law;" (2) there is newly discovered evidence; (3) there has been a manifest injustice; or (4) there has been an "intervening change in the controlling law." U.S. v. Adams, No. Crim.A. 99-88, 2002 WL 826770, at *1 (E.D. La. Apr. 30, 2002). None of those circumstances are present in this case. The defendant continues to argue that he is entitled to four more months of credit in his federal prison sentence, dating to his state arrest in April 2000. However, the defendant cannot receive credit for time served before he was in official federal custody. See 18 U.S.C. § 3585. The defendant entered official federal

DATE OF ENTRY
NOV - 1 2004

___ Fee___
___ Process___
_X_ Dktd
___ CtRmDep
___ Doc. No. 31

custody in early August 2000. The defendant's sentence, entered in late March 2001, properly reflected eight months of credit for the time he served in his related state sentence while in official federal custody. There has been no manifest error of fact or law or manifest injustice, the defendant presents no newly discovered evidence, and there has been no change in the controlling law. Accordingly, IT IS ORDERED: the plaintiff's motion is DENIED.

