FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 19 AM 9:04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-133 |
| v. | * | SECTION: F |
| RUSSELL KLEGSETH | * | |
| * * * | | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**TO THE HONORABLE LOUIS MOORE, JR., UNITED STATES MAGISTRATE JUDGE FOR THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

The petition of the United States of America, appearing herein through Juan M. Masini, Assistant United States Attorney for the Eastern District of Louisiana, respectfully shows to this Court:

That **RUSSELL KLEGSETH, white male, DOB: March 3, 1977**, is now confined in Lasalle Correctional Center, 15976 Highway 165, Olla, LA 71465 and is in the custody of the warden of said institution, being in custody under the authority of the State of Louisiana in accordance with the laws thereof.

This petition avers that the said **RUSSELL KLEGSETH** was charged in the United States District Court for the Eastern District of

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Louisiana with violation of Title 18, United States Code, Section 922(g)(1) and plead guilty, was sentenced to confinement and subsequently was placed on Supervised Release, since then said **Russell Klegseth** has violated his Supervised Release and it is necessary for the said **RUSSELL KLEGSETH** to appear for Rule to Revoke Supervised Release in the United States District Court for the Eastern District of Louisiana on or before the **14th** day of **November, 2006,** at **2:00 PM,** before United States Magistrate Judge and remain in the custody of the United States Marshal until said proceedings are over and upon then which he is to be returned to the custody of the warden of Lasalle Correctional Center, Olla, LA.

**WHEREFORE,** petitioner prays that this Honorable Court do forthwith order a writ of habeas corpus ad Prosequendum to issue from this Court to the warden of Lasalle Correctional Center, Olla, LA, requiring him to surrender the body of the said **RUSSELL KLEGSETH** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by said United States Marshal in the United States District Court for the Eastern District of Louisiana on or before the **14th** day of **November,** 2006, at **2:00 PM** before United States Magistrate Judge, and thereafter upon completion of the Federal Proceedings be returned by the United States Marshal for the Eastern District of Louisiana, or one of his authorized

deputies, or by any other United States Marshal, or one of his authorized deputies, to Lasalle Correctional Center, Olla, LA and there be surrendered to the warden of said institution, or one of his authorized deputies.

    Respectfully submitted,

    JIM LETTEN
    UNITED STATES ATTORNEY

    _____
    JUAN M. MASINI
    Assistant United States Attorney
    Hale Boggs Federal Building
    500 Poydras Street, Room 210B
    New Orleans, Louisiana   70130
    Telephone: (504) 680-3114