

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 00-133 |
| v. | * | SECTION: F |
| RUSSELL KLEGSETH | * | |
| | * * * | |

### O R D E R

Let a writ of habeas corpus ad Prosequendum be issued to the warden of Lasalle Correctional Center, Olla, LA or one of his authorized deputies, ordering and directing said warden of the said institution, or one of his authorized deputies, to surrender the body of **RUSSELL KLEGSETH** to the United States Marshal for the Eastern District of Louisiana, or one of his authorized deputies, or to any other United States Marshal, or one of his authorized deputies, to be thereafter produced by the said United States Marshals for the Eastern District of Louisiana on or before the **14th** day of **November, 2006**, at **2:00 PM**, before United States Magistrate Judge to appear for Rule to Revoke Supervised Release and remain in federal custody until the conclusion of Federal Proceedings, at which time thereafter be returned by the United States Marshal for the Eastern District of Louisiana, or one of his

___ Fee____
___ Process _Cad Ourit_
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____

authorized deputies, or any other United States Marshal, or one of his authorized deputies, to Lasalle Correctional Center, Olla, LA and there be surrendered to the warden of said institution, or one of his authorized deputies.

New Orleans, Louisiana, this 18th day of October, 2006.

_____
UNITED STATES MAGISTRATE JUDGE