MINUTE ENTRY
MOORE, M.J.
NOVEMBER 14, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                     CRIMINAL ACTION

VERSUS                                       NO: 00-133

RUSSELL KLEGSETH                             SECTION "F"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X  DEFENDANT WITH (WITHOUT) COUNSEL _____
              X  ASSISTANT U.S. ATTORNEY  JUAN MASINI
              X  PROBATION OFFICER  BRIAN BOND
              __ INTERPRETER _____  SWORN
              (TIME: ___.M to ___.M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR _____

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
    November 22, 2006 at 2:00 p.m.
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    waived

X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE MARTIN FELDMAN

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

MJSTAR: :07