

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO: 00-133 |
| RUSSELL KLEGSETH | SECTION "F" |

### MOTION TO ENROLL AS OF RECORD

The defendant, Russell Klegseth, moves this Court to allow the undersigned attorney, F. Gerald DeSalvo, to enroll as his counsel of record.

**WHEREFORE,** the foregoing considered, it is prayed that this motion be granted.

Respectfully submitted,

_____
F. GERALD DESALVO (#25647)
DESALVO, DESALVO & BLACKBURN, APLC
530 Natchez Street, Suite 305
New Orleans, Louisiana 70130
Telephone: (504) 524-4191
Facsimile: (504) 821-0036

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon all counsel of record by depositing same in the United States mail, postage prepaid, hand delivered or by facsimile, this 16 day of November, 2006.

_____