UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV 17 AM 7:28
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO: 00-133 |
| RUSSELL KLEGSETH | SECTION "F" |

### ORDER

Considering the motion to enroll as counsel:

IT IS HEREBY ORDERED that,

F. Gerald DeSalvo
530 Natchez Street, Suite 305
New Orleans, LA 70130
Telephone: (504) 524-4191

Be and he is hereby enrolled as trial attorney of record for Russell Klegseth.

New Orleans, Louisiana this 16th day of November, 2006.

UNITED STATES ~~DISTRICT JUDGE~~ Magistrate

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No