

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 00-133 |
| v. | * | SECTION: F |
| RUSSELL KLEGSETH | * | |

\* \* \*

### GOVERNMENT'S MOTION TO SUBSTITUTE COUNSEL

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests that Jan M. Masini be substituted for John Morello as counsel of record for the government.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
JUAN M. MASINI
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3000

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon F. Gerald DeSalvo, Jr., counsel for defendant Russell Klegseth, 530 Natchez Street, Suite 305, New Orleans, LA 70130, this 16th day of NOVEMBER, 2006.

_____
Assistant United States Attorney