

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 00-133 |
| v. | * | SECTION: F |
| RUSSELL KLEGSETH | * | |

\* \* \*

## ORDER

Considering the foregoing Motion to Substitute Counsel;

**IT IS HEREBY ORDERED** that Juan M. Masini be substituted for John Morello as counsel of record for the United States of America in the above-captioned matter.

New Orleans, Louisiana this __20th__ day of __NOVEMBER__, 2006.

HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_/Dktd_____
___ CtRmDep_____
___ Doc. No._____