FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 15 AM 10: 58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-133 |
| v. | * | SECTION: "F" |
| RUSSELL KLEGSETH | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

**NOW INTO COURT** comes the United States of America, through undersigned Assistant United States Attorney, and respectfully represents:

Defendant, Russell Klegseth, pled guilty on March 21, 2001, of one count of violating Title 18, United States Code, Section 922 (g)(1) (Felon in Possession of Firearm). On March 21, 2001, Russell Klegseth, was sentenced to serve a sixty-three (63) month term of imprisonment, followed by a term of three (3) years' Supervised Release. (See Document 21 filed on March 21, 2001).

The terms and conditions of Russell Klegseth's supervised release are set forth in the Judgment and Probation/Commitment Order and the Petition for Warrant or Summons for Offender Under Supervision filed on December16, 2005, Incorporated in this Motion as Exhibit "A".

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

I.

Russell Klegseth violated the terms and conditions of his supervised release in the manner set forth as follows:

1) Defendant failed to report to the probation office within 72 hours of his release from the Bureau of Prisons on October 16, 2005. His whereabouts remain unknown.

2) Defendant has not submitted a monthly supervision report since his supervised release commenced on October 16, 2005.

3) Defendant failed to report to a scheduled office visit on November 3, 2005.

4) On October 24, 2005, the probation officer received a voice mail message from defendant, Russell Klegseth advising that he was residing at 4322 Courtland Street, in Metairie, Louisiana. The Probation Officer attempted to meet Klegseth at his new residence; finding that there was no such address.

5) On November 2, 2005, the Probation Officer spoke with Klegseth via telephone at which time Klegseth advised of a new residing address located at 409 Eisenhower Street, Apt B in Metairie La. On November 9, 2005, the Probation Officer attempted to visit defendant at his new residence. The Officer was advised by a tenet who advised that Russell Klegseth did not live at this residence, nor did the tenant know the defendant. The tenant whereabouts remain unknown.

6) On July 12, 2006, Klegseth was found guilty of possession of cocaine (multiple offender) in the 24th Judicial District for the State of Louisiana, and sentenced to Five years of confinement. As reflected in the October 2, 2006 letter from Federal Probation to the undersigned, incorporated in this Motion as Exhibit "B".

**WHEREFORE**, the government prays that Russell Klegseth be brought before this Court and a copy of this Rule be served upon him, and that he be ordered to show cause before this Court why supervised release should not be revoked for his failure to abide by the terms of said supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

JUAN M. MASINI
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, Louisiana 70130
Telephone: (504) 680-3000
juan.masini@usdoj.gov

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this _____ day of _____, 2006.

Assistant United States Attorney