Prob12C (7/93)


For AUSA
Juan Masini

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Louisiana

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** RUSSELL KLEGSETH         **Case Number:** 053L 2:00CR00133-001F

**Name of Sentencing Judicial Officer:** Honorable Martin L. C. Feldman

**Offense:** 18 U.S.C. 922(g)(1) & 924(a)(2) - Felon in possession of a firearm

**Date of Sentence:** March 21, 2001

**Sentence:** 63 months custody of the Bureau of Prisons, to be followed by a three year term of supervised release. A $100.00 special assessment fee was also ordered.

**Special Conditions:**

1. Orientation and life skills
2. Drug treatment

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** October 16, 2005

**Assistant U.S. Attorney:** Juan Masini          **Defense Attorney:** Robert Barnard

---

### PETITIONING THE COURT

[ X ] To issue a warrant                    [ ] To issue a summons

For the arrest of Russell Klegseth for alleged violations of Supervised Release, and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | Russell Klegseth did not report to the probation office within 72 hours of his release from the Bureau of Prisons on October 16, 2005. Klegseth's whereabouts are unknown at this time. |
| Standard Condition No. 3 | Klegseth has not submitted a monthly supervision report since his supervised release term commenced on October 16, 2005. |
|  | Klegseth failed to report for a scheduled office visit on November 3, 2005. |
| Standard Condition No. 6 | On October 24, 2005, this officer received a voice mail message from Klegseth advising that he was residing at 4322 Courtland Street, Metairie, Louisiana. On October 24, 2005, this officer attempted to meet Klegseth at his new residence; however, there |

GOVERNMENT EXHIBIT A

Fee _____
Process _____
X /Dktd _____
✓ CtRmDep _____
___ Doc. No. _____

was no such address.

On November 2, 2005, this officer spoke with Klegseth on the telephone at which time Klegseth advised that he was residing at 409 Eisenhower, Apartment B, in Metairie. On November 9, 2005, this officer attempted to meet with Klegseth at his new residence, however was advised by the tenant that Russell Klegseth did not reside at this location. Furthermore, the tenant did not know Kelgseth. Klegseth's whereabouts are unknown at this time.

**CUSTODIAL STATUS: NONE**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 14, 2005

*Brian Bond*
Brian P. Bond
Senior U.S. Probation Officer

REVIEWED BY:

*[signature]*
Christy L. Waters
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Martin L. C. Feldman*
Signature of Judicial Officer

12.15.05
Date

Address of Offender:   Unknown

THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
 Original      - Clerk's Office
 1 Copy Certified   - U.S. Attorney
 1 Copy Certified   - U.S. Marshal's Office
 2 Copies Certified  - U.S. Probation Office

**NOTICE TO THE AUSA:** DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING

JILL N. BENOIT
CHIEF PROBATION OFFICER

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
PROBATION OFFICE

500 POYDRAS STREET, ROOM B-505
NEW ORLEANS, LOUISIANA 70130
(504)589-3200
Fax 504/589-3256

October 2, 2006

Mr. Juan Masini
Assistant U.S. Attorney
500 Poydras Street, 2nd Floor
New Orleans, Louisiana 70130

                RE:  **KLEGSETH, Russell**
                     CR. DKT. NO.: 053L 2:00CR0000133-001F
                     **Request for Rule to Revoke**

Dear Mr. Masini:

On March 21, 2001, Russell Klegseth appeared before the Honorable Martin L.C. Feldman for sentencing following his plea of guilty to being a felon in possession of a firearm. He was sentenced to serve 63 months in the custody of the Bureau of Prisons, to be followed by a three year term of supervised release. As special conditions of supervised release, Klegseth was ordered to participate in the orientation and life skills and drug testing and/or treatment programs as directed by the probation officer. A $100.00 special assessment fee was also ordered. Klegseth was released from the custody of the Bureau of Prisons on October 16, 2005, at which time his supervised release term commenced.

On December 15, 2005, Judge Feldman issued a supervised release warrant for Klegseth's arrest as he absconded supervision. Subsequent to the warrant request, it was found that on December 5, 2005, Klegseth was arrested by the Jefferson Parish Sheriff's Office for possession of cocaine. On July 12, 2006, Klegseth appeared in the 24th Judicial District of Louisiana and pled guilty to possession of cocaine(multiple offender). He was sentenced to five years at hard labor in the Louisiana Department of Corrections(24th Judicial District Case Number 05-6664M).

Klegseth is currently incarcerated at the Lasalle Correctional Center, Lasalle, Louisiana, with a Department of Corrections number of 00350856. Based on Klegseth's new felony conviction, I am requesting that you file a writ to bring Klegseth into federal custody for an Initial Appearance Hearing on a Rule to Revoke Supervised Release. Attached are the conviction documents for the new felony state conviction.

Should you have any questions, please contact me at 589-3209.

                                  Sincerely,

                                    Brian P. Bond
                                  Senior U.S. Probation Officer

BPB/mm

**REVIEWED BY:** _____
                    Stephanie H. Williams
                    Supervising U.S. Probation Officer

GOVERNMENT EXHIBIT B