

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-133 |
| v. | * | SECTION: "F" |
| RUSSELL KLEGSETH | * | |
| | * * * | |

### ORDER

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that Russell Klegseth, appear before this Court on the 18th day of January, 2007 at 10:30 am to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 2c day of January, 2007.

_____
HONORABLE MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No