MINUTE ENTRY
FELDMAN, J.
JANUARY 18, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-133 |
| RUSSELL C. KLEGSETH | SECTION "F" |

CT. DEP.  S HILL
CT. REP.  ARLENE MOVEHEAD

GOVT ATTY: JUAN MESSINA
DEFT ATTY: FRANK DESALVO, JR.

HEARING ON RULE TO REVOKE SUPERVISED RELEASE;
ORDERED THAT THE DEFENDANT BE PLACE ON CUSTODY FOR A TERM OF 24 MONTHS TO RUN CONSECUTIVE TO THE SENTENCE HE RECEIVES IN 24TH JDC FOR JEFFERSON PARISH AND HE IS REMANDED.

COURT ADJORNED.

JS- 10 :  15 MINUTES