UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO. 00-133

RUSSELL C. KLEGSETH                     SECTION "F

### JUDGMENT AND ORDER REVOKING SUPERVISED RELEASE

On January 18, 2007, the defendant appeared in Court with his counsel, on a Rule to Show Cause Why His Supervised Release Should Not be Revoked for violation of the terms of his supervised release which were imposed by this Court on March 21, 2001.

After hearing the arguments of counsel, the Court finds that the defendant has violated the terms of his supervised release and orders that the term of Supervised Release dated March 21, 2001, is hereby RECALLED, REVOKED AND SET ASIDE; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 24 months as to Count 1, to run consecutively to the sentence imposed by the 24 Judicial District Court, criminal docket number 05-664 "M", Jefferson Parish.

IT IS FURTHER ORDERED that the defendant is hereby remanded to the Custody of the U. S. Marshal and that the Clerk deliver a

certified copy of this Judgment and Commitment to the U. S. Marshal or other qualified officer and that same shall serve as the commitment herein.

    New Orleans, Louisiana, this __19th__ day of January 2007.

                                            _____
                                            UNITED STATES DISTRICT JUDGE