AO 442 (Rev.10/63) Warrant for Arrest

# United States District Court

## EASTERN DISTRICT OF LOUISIANA



UNITED STATES OF AMERICA

v.

RUSSELL KLEGSETH

**WARRANT FOR ARREST**

CASE NUMBER: CR, 00-133, SECT F, MAG-5

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Russell Klegseth** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment  ( ) Information  ( ) Complaint  ( ) Order of Court  ( ) Probation Violation Petition  (X) Supervised Release Violation Petition  ( ) Violation Notice

charging him or her with Violations of Supervised Release

in violation of Title United States Code, Section(s)

**LORETTA G. WHYTE**
Name of Issuing Officer

**CLERK**
Title of Issuing Officer

_Signature of Issuing Officer_
*Charles A. Armon*
(By) Deputy Clerk

**December 16, 2005   New Orleans, Louisiana**
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

Fee _____
Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at EDLA, New Orleans |

| DATE RECEIVED 12-16-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11-14-06 | DUSM J. Klonowski | *J. Klonowski* |

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____